### David S. Osborne v. The City of Detroit.

*Proceedings to open streets.* The proceedings in this case to open a street
through private property are held erroneous within the previous decis-
ions of the court, by reason of defects in the notices and in the publica-
tion thereof, and in many other steps taken in the cause, not particu-
larly specified.

*Heard June 10.    Decided June 18.*

Appeal from Recorder's Court of Detroit.

*Kane & Hibbard* and *G. V. N. Lothrop,* for appellant.

*F. G. Russell, City Attorney,* and *D. C. Holbrook, City
Counselor,* for appellee.

PER CURIAM:

This is an appeal from the judgment of the recorder's
court of the city of Detroit, confirming the report of a jury
in a proceeding tò open Twenty-third street from its present
terminus south of Michigan avenue to Baker street.

We have heard the appeal and are satisfied that several
errors of law have intervened which cannot be corrected by
the recorder's court or the jury with "due regard to the
public interests and rights of individuals." The notices
were imperfect and were not seasonably published, and many
of the proceedings are inconsistent and fatally defective.

Our previous decisions are conclusive against the validity of the matters shown by the record on many grounds, and it would be a waste of time to go through the case and discuss or point out the objections.

The judgment of the recorder's court must be reversed, with costs.